FILED: July 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4892 (L)
(1:12-cr-00022-JPJ-PMS-4)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

DAVID STEPHEN MORGAN, a/k/a Dee, a/k/a Shotta, a/k/a Spock

  Defendant - Appellant

_____

No. 14-4072
(1:12-cr-00022-JPJ-PMS-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ANTOINETTE LYNISE HODGE, a/k/a Big Mama

  Defendant – Appellant

_____

No. 14-4130
(1:12-cr-00022-JPJ-PMS-5)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

MURACE HEWITT, a/k/a British

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to deconsolidate and deconsolidates case No. 14-4072 from further proceedings on appeal in these cases.

                          For the Court--By Direction

                          /s/ Patricia S. Connor, Clerk