FILED: July 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4072

(1:12-cr-00022-JPJ-PMS-6)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ANTOINETTE LYNISE HODGE, a/k/a Big Mama

       Defendant - Appellant

_____

O R D E R

_____

The court suspends briefing pending resolution of the motion to dismiss appeal voluntarily.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk